# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **FRONT ROW TECHNOLOGIES, LLC,**<br>     Plaintiff,<br><br>v.<br><br>**DALLAS COWBOYS FOOTBALL CLUB, LTD.,**<br>     Defendant | Civil Action No. 4:23-cv-00943-P<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Front Row Technologies, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims as Defendant has not answered or filed a motion for summary judgment.  The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent.  Each party shall bear its own costs, expenses and attorneys' fees.

 Dated:  October 18, 2023

                                                Respectfully submitted,

                                                */s/ William P. Ramey, III*
                                                William P. Ramey, III
                                                Texas Bar No. 24027643
                                                **Ramey & Schwaller, LLP**
                                                5020 Montrose Blvd., Suite 800
                                                Houston, Texas 77006
                                                (713) 426-3923
                                                wramey@rameyfirm.com

                                                *Attorneys for Front Row Technologies, LLC*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that October 18, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ William P. Ramey, III*
William P. Ramey, III
